EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Manuel Tirado Viera | 2009 TSPR 170 <br><br> 177 DPR _____ |

Número del Caso: TS-2096

Fecha: 6 de noviembre de 2009

Abogado del Peticionario:

      Por derecho propio

Colegio de Abogados de Puerto Rico:

      Lcdo. José M. Montalvo Tías
      Director Ejecutivo

Materia: Baja Voluntaria del Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte

Manuel Tirado Viera

2096

RESOLUCIÓN

San Juan, Puerto Rico, a 6 de noviembre de 2009

Examinada la Moción Solicitando Baja Voluntaria presentada por el Colegio de Abogados de Puerto Rico y la comunicación presentada por el Lcdo. Manuel Tirado Viera ante el Colegio, se autoriza su baja voluntaria.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo